E-filing

FILED
08 JUL 16 AM 10:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  Johnson         Cleophus       E.
        (Last)          (First)      (Initial)

Prisoner Number  H-06335

Institutional Address  California State Prison Sacramento (Folsom)
P.O. BOX 29, Represa, CA 95671

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cleophus Eugen Johnson
(Enter the full name of plaintiff in this action.)

vs.

Walker, Warden.

(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 08 3427 MHP
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS (PR)

Read Comments Carefully Before Filling In

<u>When and Where to File</u>

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS           - 1 -

1  Who to Name as Respondent

2  You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6  If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now and the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE
11    1. What sentence are you challenging in this petition?
12       (a)   Name and location of court that imposed sentence (for example; Alameda
13             County Superior Court, Oakland):
14       Monterey Superior Court          Salinas
15       Court                            Location
16       (b)   Case number, if known  MCR 7942
17       (c)   Date and terms of sentence  8-8-91; 111yrs.
18       (d)   Are you now in custody serving this term? (Custody means being in jail, on
19             parole or probation, etc.)           Yes xx    No ____
20             Where?
21             Name of Institution:  CSP-Sacramento (Folsom)
22             Address:  P.O BOX 29, Represa, CA 95671
23    2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 challenging more than one sentence, you should file a different petition for each sentence.)
26    see attached facts
27
28

PET. FOR WRIT OF HAB. CORPUS          - 2 -

1  3. Did you have any of the following?

2  Arraignment:  Yes _x_  No ____

3  Preliminary Hearing:  Yes _x_  No ____

4  Motion to Suppress:  Yes ____  No _x_

5  4. How did you plead?

6  Guilty ____  Not Guilty _x_  Nolo Contendere ____

7  Any other plea (specify) ___none_____

8  5. If you went to trial, what kind of trial did you have?

9  Jury _x_  Judge alone ____  Judge alone on a transcript ____

10  6. Did you testify at your trial?  Yes _X_  No ____

11  7. Did you have an attorney at the following proceedings:

12  (a)  Arraignment  Yes _x_  No ____

13  (b)  Preliminary hearing  Yes _x_  No ____

14  (c)  Time of plea  Yes _x_  No ____

15  (d)  Trial  Yes _x_  No ____

16  (e)  Sentencing  Yes _x_  No ____

17  (f)  Appeal  Yes ____  No _x_

18  (g)  Other post-conviction proceeding  Yes ____  No _x_

19  8. Did you appeal your conviction?  Yes _X_  No ____

20  (a)  If you did, to what court(s) did you appeal?

21  Court of Appeal  Yes _X_  No ____

22  Year: _Unknown_  Result: _____

23  Supreme Court of California  Yes _X_  No ____

24  Year: _Unknown_  Result: _____

25  Any other court  Yes ____  No ____

26  Year: ____  Result: _____

27

28  (b)  If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS     - 3 -

|   |   |   |   |   |
|---|---|---|---|---|
| 1 | | petition? | Yes ____ | No ✓ |
| 2 | (c) | Was there an opinion? | Yes ____ | No ____ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| 4 | | | Yes ____ | No ____ |

5   If you did, give the name of the court and the result:

6   _____

7   _____

8   9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9   this conviction in any court, state or federal?        Yes _x_    No ____

10  [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition. You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15  U.S.C. §§ 2244(b).]

16      (a)   If you sought relief in any proceeding other than an appeal, answer the following

17            questions for each proceeding. Attach extra paper if you need more space.

18      I.    Name of Court: __Monterey Superior Court__

19            Type of Proceeding: __Habeas Corpus__

20            Grounds raised (Be brief but specific):

21            a. __Same as Ground herein__

22            b. _____

23            c. _____

24            d. _____

25            Result: _denied_         Date of Result: _8-14-07_

26      II.   Name of Court: __Cal. Sixth Appellate District__

27            Type of Proceeding: __Habeas Corpus__

28            Grounds raised (Be brief but specific): Same as Ground herein

PET. FOR WRIT OF HAB. CORPUS        - 4 -

a. _____
b. _____
c. _____
d. _____

Result _denied_ _____ Date of Result: _10-25-07_

III. Name of Court: __Supreme Court of California__

Type of Proceeding: __Habeas corpus__

Grounds raised (Be brief but specific): Same as herein

a. _____
b. _____
c. _____
d. _____

Result _denied_ _____ Date of Result: _5-14-08_

IV. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____
b. _____
c. _____
d. _____

Result _____ Date of Result: _____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes ____   No _x_

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS            - 5 -

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: UPPER TERM SENTENCES VIOLATED PETITIONER'S RIGHT
PER. IN RE WINSHIP 397 U.S 358 and U.S. v. Gaudin 515 U.S. 506,
6  to proof beyond a reasonable doubt and jury trial since aggra-
vating facts supporting upper term sentence were not found by jury
7  Supporting Facts:

8  _____ SEE ATTACHED FACTS _____

9

10

11  Claim Two:

12

13  Supporting Facts:

14

15

16

17  Claim Three:

18

19  Supporting Facts:

20

21

22

23  If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS          - 6 -

RELATED FACTS

On August 8, 1991 Petitioner was sentence to one hundred and eleven (111) years based upon sixteen counts as follows:

1.) Oral copulation, PC 288 (a) (c) 8yrs. Upper term.
2.) Rape, PC 261 (2). 8yrs. Upper term.
3.) Oral copulation, PC 288 (a) (c). 8yrs. Upper term.
4.) Rape, PC 261(2) 8yrs. Upper term.
5.) Rape w/foreign obj., PC 289 (a) 8yrs. Upper term.
6.) Kidnap, PC 207 (a), 11yrs. Upper term.
7.) Assault, PC 245 (a) (1), mid term.
8.) Oral copulation, PC 288 (a) (c) 8yrs. Upper term.
9.) Rape PC 261 (2) 8yrs. Upper term.
11.) Oral copulation, PC 288 (a) (c) 8yrs. Upper term.
12.) Rape, PC 261 (2), 8yrs. Upper term.
13.) Assault, PC 245 (a) (1). Upper term
14.) Rape, PC 261 (2) 8yrs. Upper term.
16.) Assault, PC 245 (a) (1), upper term
17.) Rape, PC 261 (2). 8yrs. Upper term.
18.) Assault, PC 245 (a) (1), upper term.
[see Ex.(A) "abstract of judgement".]

According to Penal code 1170 (b), the sentencing judge was the one to select the upper term on the counts alleged above herein based upon the aggravating factors founded by the judge within Cal. rules of court, rule 4.421. Unfortunately, as to each count in which Petitioner was given an upper term for, the judge, and not the jury, by the preponderance of the evidence standard, found true, all the aggravating factors utilized to impose the above mentioned upper terms. The jury verdict does not reflect that a jury found the aggravating factors true beyond a reasonable doubt.

7.

1 |       List, by name and citation only, any cases that you think are close factually to yours so that they
2 | are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3 | of these cases:
4 | in re winship 397 U.S. 358 ; and U.S. v. Gaudin 515 U.S. 506
5 | _____
6 | _____
7 | Do you have an attorney for this petition?          Yes____    No xx
8 | If you do, give the name and address of your attorney:
9 | _____
10 |       WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11 | this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12 |
13 | Executed on ___July 7, 2008___             /s/ Cleophus Johnson
14 |             Date                         cleophus eugen Johnson
                                                    Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS      8.

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Cleophus Johnson, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

P.O. BOX 29

repres, CA 95671

On, July 7, 2008, I served the following documents:

PETITION FOR WRIT OF HABEAS CORPUS

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   450 gOLDEN GATE AVE
   SAN FRANCISCO, CA 94102

2. 

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of july 2008, _____, at California State Prison - Sacramento, Represa, California.

(Signature) Cleophus Johnson

Cleophus E. Johnson H-06355
CSP Sacramento C4-222
P.O. Box 290066
Represa, California 95671-0066

**RECEIVED**
JUL 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102





UNITED STATES POSTAGE
02 1A
0004609711
MAILED FROM ZIPCODE 95670
$00.00°
JUL 09 2008
USA FIRST-CLASS FOREVER