UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOPHUS E. JOHNSON, | No. C 08-3427 MHP (pr) |
| Petitioner, | **ORDER** |
| v. | |
| WALKER, Warden, | |
| Respondent. | |

Petitioner has filed a notice of appeal, which the court construes to include a request for a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). (Docket # 25.) Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: March **10** , 2009

Marilyn Hall Patel
United States District Judge